UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re BOB SAVAGE,

          Petitioner.

Case No.  13-cv-02720-JST (PR)

**ORDER OF DISMISSAL**

By order dated July 29, 2013, the court directed Petitioner to complete a habeas corpus petition form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed.  The Clerk sent Petitioner the court's form packet for habeas cases as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Petitioner has not filed the necessary documents or otherwise communicated with the court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  September 10, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California